IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

CHRISTINA WICHMAN, as personal representative of the ESTATE OF JASON ALLEN WICHMAN,

          Plaintiff,

vs.

NATIONAL TRANSPORTATION SAFETY BOARD, KATHLEEN SILBAUGH, General Counsel, NTSB, in her official capacity, LAWRENCE LEWIS, and CLINT JOHNSON,

          Defendants.

No. 3:18-cv-0257-HRH

O R D E R

Case Dismissed

The court is in receipt of the parties' *Stipulation for Dismissal with Prejudice*,[1] filed April 8, 2019. The stipulation is approved, and this matter is hereby dismissed with prejudice, the parties to bear their respective costs and attorney fees.

DATED at Anchorage, Alaska, this  9th  day of April, 2019.

                                                /s/ H. Russel Holland
                                                United States District Judge

---

[1] Docket No. 15.

Order – Case Dismissed      - 1 -

Case 3:18-cv-00257-HRH   Document 16   Filed 04/09/19   Page 1 of 1